UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RAHUL GORAWARA

      v.

CASE NO. 3:19CV756(MPS)

JOHN CAPRIO, *individually and as Administrator of the Estate of* Carolyn Caprio

## JUDGMENT

This action came before the Court for a trial by jury before the Honorable Michael P. Shea, United States District Judge presiding, and the issues having been duly tried and the jury having rendered its verdict in favor of the defendant, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendant.

Dated at Hartford, Connecticut, this 15th day of September 2022.

DINAH MILTON KINNEY, Clerk

By   /s/
  Devorah Johnson
  Deputy Clerk

EOD 9/15/22