UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RAHUL GORAWARA

      v.

CASE NO. 3:19CV756(MPS)

JOHN CAPRIO, *individually and*
*as Administrator of the Estate of*
Carolyn Caprio

### CORRECTED JUDGMENT

This action came before the Court for a trial by jury before the Honorable Michael P. Shea, United States District Judge presiding, and the issues having been duly tried and the jury having rendered its verdict in favor of the plaintiff on liability as to the counts of slander and negligent infliction of emotional distress but awarded no damages and in favor of the defendants on all remaining counts, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the plaintiff on liability as to the counts of slander and negligent infliction of emotional distress but awarded no damages and in favor of the defendants on all remaining counts.

Dated at Hartford, Connecticut, this 21st day of September 2023.

                                                      DINAH MILTON KINNEY, Clerk

By     /s/
     Devorah Johnson
     Deputy Clerk

EOD 9/21/23